**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

A.O.C.,

*Petitioner*,

v.

KENNETH GENALO, *in his official capacity as* Field Office Director of New York, Immigration and Customs Enforcement, *et al.*,

*Respondents*.

Case No. 26 Civ. 6433 (KPF)

**ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM**

Upon consideration of Petitioner's Motion for Leave to Proceed Under Pseudonym and for good cause shown, the motion is GRANTED. It is hereby:

ORDERED that Petitioner is given leave to proceed under the pseudonym A.O.C.

IT IS FURTHER ORDERED that any documents that refer to his identity or contain identifying details, including but not limited to his Alien Registration Number, shall filed on the public docket in redacted form and, if necessary, with unredacted copies filed under seal.

The Clerk of Court is directed to terminate the pending motion at docket entry 3.

Dated: July 29, 2026
New York, New York

Katherine Polk Failla

Hon. Katherine Polk Failla
United States District Judge