UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.O.C.,

Petitioner,

-against-

KENNETH GENALO, *in his official capacity as Field Office Director of New York, Immigration and Customs Enforcement*; PAUL ARTETA, *in his official capacity as Warden of the Orange County Correctional Facility*; DAVID J. VENTURELLA, *in his official capacity as Senior Official Performing the Duties of the Director of U.S. Immigrations and Customs Enforcement*; MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*; and TODD BLANCHE, *in his official capacity as Attorney General*.,

Respondent.

26 CIVIL 06433 (KPF)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated August 19, 2026, Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED as further set forth in the Court's Order.

**Dated:** New York, New York
August 20, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**