**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

A.O.C.,

Petitioner,

-against-

KENNETH GENALO, in his official capacity as Field Office Director of New York, Immigration and Customs Enforcement; PAUL ARTETA, in his official capacity as Warden of the Orange County Correctional Facility; DAVID J. VENTURELLA, in his official capacity as Senior Official Performing the Duties of the Director of U.S. Immigrations and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and TODD BLANCHE, in his official capacity as Attorney General,

Respondents.

-----------------------------------------------------------X

26 **CIVIL** 6433 (KPF)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order dated September 17, 2026, Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is GRANTED in part and DENIED in part. The Court DENIES Petitioner's request for a writ of habeas corpus, and GRANTS Petitioner's alternative requested relief, requiring the Government to provide a burden-shifted bond hearing.

**DATED:** New York, New York
September 22, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**